IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RICARDO NEWSOME, #123359**     **PETITIONER**

**v.**     **CIVIL ACTION NO. 1:22-cv-13-TBM-LGI**

**STATE OF MISSISSIPPI** *and*
**HARRISON COUNTY CIRCUIT COURT**     **RESPONDENTS**

### ORDER

This matter is before the Court on *pro se* Petitioner Ricardo Newsome's ("Petitioner") Petition [2] for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Petitioner is an inmate of the Jefferson County Correctional Facility in Fayette, Mississippi. Petitioner is challenging a conviction imposed by the Harrison County Circuit Court for burglary of a dwelling and resulting 25-year sentence of imprisonment. *See* Pet. [2] at 3.

Petitioner filed a Motion [5] for Demand for Judgment and a Motion [8] to Compel. In both Motions, Plaintiff argues that he is entitled to habeas relief because the Respondents have not filed an answer to his Petition.

Petitioner is seeking habeas corpus relief under 28 U.S.C. § 2254, therefore, the RULES GOVERNING SECTION 2254 CASES IN THE UNITED STATES DISTRICT COURTS are applicable to Petitioner's case. Pursuant to Rule 5, the "respondent is not required to answer the petition unless a judge so orders." This case is in the initial stages of review and as of this date, this Court has not ordered a Respondent to respond. As such, Petitioner is not entitled to the relief he seeks. Petitioner's motions will be denied.

      **IT IS THEREFORE ORDERED** that Petitioner's Motion [5] for Demand for Judgment

and Motion [8] to Compel are denied.

**SO ORDERED**, this the 13th day of September, 2022.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE