IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RICARDO NEWSOME, #123359**                                                     **PETITIONER**

**v.**                                  **CIVIL ACTION NO. 1:22-cv-13-TBM-LGI**

**STATE OF MISSISSIPPI** *and*
**HARRISON COUNTY CIRCUIT COURT**                               **RESPONDENTS**

## **FINAL JUDGMENT**

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Memorandum Opinion and Order of Dismissal issued this date and incorporated herein by reference,

IT IS ORDERED AND ADJUDGED that this cause is DISMISSED WITHOUT PREJUDICE.

SO ORDERED AND ADJUDGED, this the 10th day of November, 2022.

                                                         TAYLOR B. McNEEL
                                            UNITED STATES DISTRICT JUDGE